JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

575   In re Eastern Airlines Engine Failure, Miami International
Airport, on May 5, 1983

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 83/11/21 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Eastern Airlines -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF FLORIDA  (cds) |
| 83/12/01 | | APPEARANCES:  MICHAEL S. OLIN, ESQ. for Connie Gale, et al., Michael Gale, et al., and Rose Marie Floyd, et al.;  RICHARD J. THORNTON, ESQ. for Eastern Airlines, Inc.;  WILLIAM S. SCHWEERS, JR., ESQ. for Gerri Ash Seif and SUSAN ROONEY, ET AL.  (cds) |
| 83/12/07 | 2 | RESPONSE/MEMORANDUM -- Pltfs. Gale and Floyd -- w/cert. of svc.  (emh) |
| 83/12/19 | | HEARING ORDER -- Motion of defendant Eastern Airlines for Panel hearing in Atlanta, Georgia, on January 26, 1984.  (ds)/  - 1) - 6 |
| 83/12/29 | 3 | AMENDMENT TO MOTION -- Adding A-7 thru A-13 to motion for consolidation -- Eastern Airlines, Inc. -- w/cert. of svc.  (emh) |
| 84/01/10 | 4 | SECOND AMENDED MOTION -- to include A-14 thru A-17 for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- filed by deft. Eastern Air Lines, Inc. w/cert. of svc.  (ds) |
| 84/01/20 | 5 | RESPONSE -- Eastern Air Lines, Inc. (Re: A-8) -- w/cert. of svc. (emh) |
| 84/01/25 | | APPEARANCE -- ALBERT P. ROSILLO, JR., ESQ. for Gloria Patterson, et al.  (ds) |
| 84/01/26 | | HEARING APPEARANCES:  RICHARD J. THORNTON, ESQ. for Eastern ~~District~~ Air Lines, Inc.  (cds) |
| 84/01/26 | | WAIVERS OF ORAL ARGUMENT:  Gloria Patterson, et al.;  Connie Gale, et al.;  Susan Rooney, et al. and Gerri Ash Seif  (cds) |
| 84/02/14 | 6 | NOTICE OF ORDER TO REMAND (A-14) Gary Dix, et al. v. Eastern Airlines Inc., S.D. Florida, C.A. No. 84-0031-CIV-JWK -- Defendant Eastern Air Lines, Inc. -- w/cert. of service and copy of 1/26/84 remand order  (cds) |
| 84/02/15 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Edward B. Davis, in the S.D. Florida for pretrial purposes.  (ds) |
| 84/02/15 | | TRANSFER ORDER -- transferring A-5 and A-6 to the S.D. Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. -- Notified involved clerks, judges, counsel and misc. recipients.  (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/02/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-28 Elizabeth E. Henning v. Eastern Airlines, Inc., W.D. Pa., C.A. No. 85-0343.  Notified involved counsel and judges.  (ds) |
| 85/03/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-28 Elisabeth E. Henning v. Eastern Airlines, Inc., W.D. Pennsylvania, C.A. No. 85-0343.  Notified involved clerks and judges.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. _575_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Eastern Airlines Engine Failure, Miami International Airport, on May 5, 1983

SUMMARY OF LITIGATION

| Hearing Dates Jan. 26, 1984 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 15, 1984 | TO | (unpublished) | S.D. Fla. *113C* | Edward B. Davis | |

Special Transferee Information

DATE CLOSED: *11/3/87*

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 575 -- In re Eastern Airlines Engine Failure, Miami International Airport, on May, 5, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Connie Gale, et al. v. Eastern Air Lines, Inc. | S.D.Fla. Davis | 83-1950-CIV-EBD | | | 2/3/86 D | |
| A-2 | Michael Gale, et al. v. Eastern Air Lines, Inc. | S.D.Fla. Aronovitz | 83-1951-CIV-SMA | | | 2/3/86 D | |
| A-3 | Rose Marie Floyd, et al. v. Eastern Air Lines, Inc. | S.D.Fla. Davis | 83-1949-CIV-EBD | | | Rem to St Court | |
| A-4 | Gloria Patterson, et al. v. Eastern Air Lines, Inc. | S.D.Fla. King | 83-2193-CIV-JLK | | | 2/3/86 D | |
| A-5 | Susan Rooney, et al. v. Eastern Air Lines, Inc. | W.D.Pa. Cohill | 83-1892-CIV-MBC | 2/15/84 | 84-0836 | 2/3/86 D | |
| A-6 | Gerri Ash Seif v. Eastern Air Lines, Inc. | W.D.Pa. Cohill | 83-1893-CIV-MBC | 2/15/84 | 84-0835 | 2/3/86 D | |
| A-7 | Robert Scharhag v. Eastern Air Lines, Inc. | S.D.Fla. Eaton | 83-3014-CIV-JE | | | 2/3/86 D | |
| A-8 | Charles King v. Eastern Air Lines, Inc. | S.D.Fla. Kehoe | 83-3015-CIV-JWK Not Consol'd | | | Rem to St Ct 1/9/84 Pldg #5 | |
| A-9 | Thomas J. Nolan v. Eastern Air Lines, Inc. | S.D.Fla. Aronovitz | 83-3013-CIV-SMA | | | 2/3/86 D | |
| A-10 | Eugene H. Champ v. Eastern Air Lines, Inc. | S.D.Fla. Davis | 83-3016-CIV-EBD | | | 2/3/86 D | |
| A-11 | Frederick W. Hoehler v. Eastern Air Lines, Inc. | S.D.Fla. Nesbit | 83-3017-CIV-LCN | | | 2/3/86 D | |

DOCKET NO. 575 -- In re Eastern Airlines Engine Failure, Miami International Airport, on May 5, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Sally Ann Collins v. Eastern Air Lines, Inc. | S.D.Fla. Aronovitz | 83-3078-CIV-SMA | | | 2/3/86 D | |
| A-13 | Michael R. Dramis v. Eastern Air Lines Inc. | S.D.Fla. Hastings | 83-3079-CIV-ALH | | | 2/3/86 D | |
| A-14 | Gary Dix, et al. v. Eastern Air Lines Inc. | S.D.Fla. Kehoe | 84-0031-CIV-JWK not counted | | | Remanded to St court plag # | |
| A-15 | Alexander Dix v. Eastern Air Lines, Inc. | S.D.Fla. Davis | 84-0033-CIV-EBD | | | 2/3/86 D | |
| A-16 | Sandy Dix, et al. v. Eastern Air Lines Inc. | S.D.Fla. Eaton | 84-0030-CIV-JE | | | 2/3/86 D | |
| A-17 | Dana Dix v. Eastern Air Lines, Inc. | S.D.Fla. Spellman | 84-0032-CIV-EPS | | | 2/3/86 D | |
| | July 1984 — 2 TR/ 13 XYZ / 15 Pkg | | | | | 2/3/86 D | |
| XYZ-18 | Terry Floyd, et al. v. Eastern Airlines, Inc. | S.D.Fla. | 84-1700- | | | | |
| XYZ-19 | Kevin King, etc. v. Eastern Airlines, Inc. | S.D.Fla. | 84-1259- | | Remd'd to State Court - 9/30/84 | | |
| XYZ-20 | Gary Dix, etc. v. Eastern Airlines, Inc. | S.D.Fla. | 84-1701- | | | 2/3/86 D | |
| XYZ-21 | Manuel L. Crespo, etc. v. Eastern Airlines, Inc. | S.D.Fla. | 84-0502 | | | 11/3/87 | |
| XYZ-22 | Alfred Goldberg, etc. v. Estern Airlines, Inc. | S.D.Fla. | 84-1956 | | | settled D 87 | |
| XYZ-23 | Bruce Jacobs, etc. v. Eastern Airlines, Inc. | S.D.Fla. | 84-0924 | | | 2/3/86 D | |
| XYZ-24 | Janet Jacobs, etc. v. Eastern Airlines, Inc., | S.D.Fla. | 84-0920 | | | 2/3/86 D | |
| XYA-25 | Alexander Embry, Jr. v. Eastern Airlines, Inc. | S.D.Fla. | 84-0922 | | | 2/3/86 D | |

JPML FORM l -- Continuation ⊕

DOCKET NO. 575 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-26 | Salim Khoury, et al. v. Eastern Airlines | S.D.Fla. | 84-1703 | | | 2/3/86 D | |
| XYZ-27 | Myriam Carrasco v. Eastern Airlines | S.D.Fla. | 84-1258 | | | 2/3/86 D | |
| B-28 | Elisabeth E. Henning v. Eastern Airlines, Inc. 2/27/85 | W.D.Pa. Cohill | 85-0343 | 3/15/85 | | case settled P&W prior to transfer | |
| | July 1985 - 1 TR/10 XYZ/26 Pdg. | | | | | | |
| XYZ-29 | Netta Mantz, et al. v. Eastern Air Lines | S.D.Fla. Davis | 85-0654-Civ | | | 2/3/86 D | |
| | July 1986 - 1 XYZ/24 Dis/3 Pending | | | | | | |
| | July 1987- 2 Dis/1 Pdg. | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 575 -- In re Eastern Airlines Engine Failure, Miami International

Airport, on May 5, 1983

| | |
|---|---|
| CONNIE GALE, ET AL. (A-1)<br>MICHAEL GALE, ET AL. (A-2)<br>ROSE MARIE FLOYD, ET AL. (A-3)<br>Michael S. Olin, Esq.<br>Ste. 1201, 25 W. Flagler St.<br>Miami, Florida 33130<br><br>GLORIA PATTERSON, ET AL. (A-4)<br>Albert P. Rosillo, Jr., Esq.<br>525 N.W. 27 Avenue<br>Suite 100<br>Miami, Florida 33125<br><br>SUSAN ROONEY, ET AL. (A-5)<br>GERRI ASH SEIF (A-6)<br>William S. Schweers, Jr., Esq.<br>Harrington & Schweers<br>100 Ross Street<br>Pittsburgh, PA 15219<br><br>ROBERT SCHARHAG (A-7)<br>CHARLES KING (A-8)<br>THOMAS J. NOLAN (A-9)<br>EUGENE H. CHAMP (A-10)<br>FREDERICK W. HOEHLER (A-11)<br>SALLY ANN COLLINS (A-12)<br>MICHAEL R. DRAMIS (A-13)<br>Michael S. Olin, Esquire<br>(same as counsel for A-1 thru A-3) | EASTERN AIRLINES, INC.<br>Richard J. Thornton, Esq.<br>Thornton, David & Murray<br>Suite 210 Ingraham Building<br>25 S.E. Second Avenue<br>Miami, Florida 33131<br>305 - 446-2046 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

GARY DIX, ET AL. (A-14)
ALEXANDER DIX (A-15)
SANDY DIX, ET AL. (A-16)
DANA DIX (A-17)
Michael S. Olin
 (Same as Counsel for A-1 thru A-3)

Fuller & Feingold, P.A.
Suite 801
1111 Lincoln Road
Miami Beach, Florida 33139

ELISABETH E. HENNINE (B-28)
William S. Schweers, Jr., Esquire
(Same as A-5 thru A-6).

JPML FORM 3

P. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 575 -- In re Eastern Airlines Engine Failure, Miami International
Airport, on May 5, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| Eastern Air Lines, Inc. | A-1 through A-6, *A-7 through A-13*, |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |