DOCKET NO. 575

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 15 1984

IN RE EASTERN AIRLINES ENGINE FAILURE, MIAMI INTERNATIONAL AIRPORT, ON MAY 5, 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, two actions pending in the Western District of Pennsylvania to the Southern District of Florida for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.[1/] The Panel has found upon consideration of the papers submitted[2/] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Western District of Pennsylvania be, and the same hereby are, transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable Edward B. Davis for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*signature*

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer took no part in the decision of this matter.

1/ The motion for transfer, as amended, submitted in this docket by defendant Eastern Air Lines, Inc. (Eastern), included one action -- Charles King v. Eastern Air Lines, Inc., S.D. Florida, C.A. No. 83-3015-CIV-JWK -- that was subsequently remanded to Florida state court by Judge James W. Kehoe.

In addition, Eastern has advised the Panel that other related actions are pending in the Southern District of Florida. These actions will be treated as potential tag-along actions. See Rule 10(a), R.P.J.P.M.L., 89 F.R.D. 273, 279 (1981).

2/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-575 -- <u>In re Eastern Airlines Engine Failure, Miami International Airport, on May 5, 1983</u>

### Southern District of Florida

<u>Connie Gale, et al. v. Eastern Air Lines, Inc.</u>, C.A. No. 83-1950-CIV-EBD

<u>Michael Gale, et al. v. Eastern Air Lines, Inc.</u>, C.A. No. 83-1951-CIV-SMA

<u>Rose Marie Floyd, et al. v. Eastern Air Lines, Inc.</u>, C.A. No. 83-1949-CIV-EBD

<u>Gloria Patterson, et al. v. Eastern Air Lines, Inc.</u>, C.A. No. 83-2193-CIV-JLK

<u>Robert Scharhag v. Eastern Air Lines, Inc.</u>, C.A. No. 83-3014-CIV-JE

<u>Thomas J. Nolan v. Eastern Air Lines, Inc.</u>, C.A. No. 83-3013-CIV-SMA

<u>Eugene H. Champ v. Eastern Air Lines, Inc.</u>, C.A. No. 83-3016-CIV-EBD

<u>Frederick W. Hoehler v. Eastern Air Lines, Inc.</u>, C.A. No. 83-3017-CIV-LCN

<u>Sally Ann Collins v. Eastern Air Lines, Inc.</u>, C.A. No. 83-3078-CIV-SMA

<u>Michael R. Dramis v. Eastern Air Lines, Inc.</u>, C.A. No. 83-3079-CIV-ALH

### Western District of Pennsylvania

<u>Susan Rooney, et al. v. Eastern Air Lines, Inc.</u>, C.A. No. 83-1892-CIV-MBC

<u>Gerri Ash Seif v. Eastern Air Lines, Inc.</u>, C.A. No. 83-1893-CIV-MBC